IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-CV-488-BO

| | |
|---|---|
| PHILIP BULLS, DEAN BRINK, CARMIN NOWLIN, NICHOLAS PADAO, and RAPHAEL RILEY *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA FEDERAL SAVINGS BANK, and USAA SAVINGS BANK,<br><br>Defendants. | **DEFENDANTS' MOTION TO WITHDRAW AS COUNSEL** |

NOW COMES undersigned counsel, Colin A. Shive, and respectfully moves this Court to allow him to withdraw as counsel for Defendants USAA Federal Savings Bank and USAA Savings Bank. In support of this Motion, undersigned counsel shows the following:

1. On July 27, 2022, the undersigned entered a Notice of Appearance on behalf of Defendants USAA Federal Savings Bank and USAA Savings Bank (Doc. 35).

2. The undersigned will no longer be in a position to represent Defendants USAA Federal Savings Bank and USAA Savings Bank in this action.

3. On March 1, 2022, F. Hill Allen, of Tharrington Smith, LLP, entered a Notice of Appearance on behalf of Defendants USAA Federal Savings Bank and USAA Savings Bank (Doc. 14).

4. Defendants USAA Federal Savings Bank and USAA Savings Bank will continue to be represented by F. Hill Allen, of Tharrington Smith, LLP.

1

WHEREFORE, the undersigned respectfully requests that the Court grant the motion to withdraw as counsel.

A proposed Order is attached.

Dated: January 27, 2022

Respectfully submitted,

/s/Colin A. Shive
**THARRINGTON SMITH, L.L.P.**
Colin A. Shive (NC Bar #43202)
P.O. Box 1151
150 Fayetteville Street, Suite 1800
Raleigh, NC 27602-1151
Tel: (919) 821-4711
Fax: (919) 829-1583
cshive@tharringtonsmith.com
*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

This the 27th day of January 2023.

/s/Colin A. Shive
**THARRINGTON SMITH, L.L.P.**
Colin A. Shive (NC Bar #43202)
P.O. Box 1151
150 Fayetteville Street, Suite 1800
Raleigh, NC 27602-1151
Tel: (919) 821-4711
Fax: (919) 829-1583
cshive@tharringtonsmith.com
*Counsel for Defendants*