IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-CV-488-BO

PHILIP BULLS, DEAN BRINK, CARMIN NOWLIN, NICHOLAS PADAO, and RAPHAEL RILEY *on behalf of themselves and others similarly situated*,

    Plaintiffs,

vs.

USAA FEDERAL SAVINGS BANK, and USAA SAVINGS BANK,

    Defendants.

**JOINT MOTION TO EXTEND DEADLINES IN SCHEDULING ORDER**

Pursuant to Rule 6(b) and 16(b)(4) of the Federal Rules of Civil Procedure and Local Rule 6.1, Plaintiffs Philip Bulls, Dean Brink, Carmin Nowlin, Nicholas Padao, and Raphael Riley ("Plaintiffs"), and Defendants USAA Federal Savings Bank and USAA Savings Bank (collectively, "the parties") hereby jointly move the Court to (1) amend the Scheduling Order (Doc. 40.) in this matter by extending the current deadlines six (6) months, due to the complexity of discovery in this matter and unresolved discovery disputes, (2) limit the application of discovery deadlines to class certification and liability; and (3) adopt a process and timeline for the parties to develop a class damages discovery plan for submission to the court. In support of this request, the parties state the following:

    1.    This action was commenced by Plaintiffs on November 24, 2021.

    2.    Defendants answered the Complaint on May 6, 2022.

    3.    Plaintiffs amended their Complaint on May 27, 2022.

4. The parties filed a Joint Rule 26(f) Report (Doc. 28.) on June 23, 2022, pursuant to the Court's May 12, 2022 Order for Discovery Plan (Doc. 25.), estimating eighteen (18) months to complete discovery in this matter.

5. Defendants answered the Amended Complaint on June 24, 2022.

6. The Court issued a Scheduling Order (Doc. 40.) on August 2, 2022, setting a discovery deadline of August 9, 2022, including a deadline for disclosure of expert witnesses of May 9, 2023.

7. The parties have been engaged in written discovery, which has been labor intensive due to the extent of the claims and legal issues involved, and additional time is required to complete written discovery.

8. Yesterday, the Court entered its Order (Doc. 64) regarding Plaintiffs' Motion to Compel (Doc. 47).

9. For the parties to engage in expert discovery, the parties must first complete additional written discovery.

10. There have been no prior modifications of the Scheduling Order.

11. To enable the parties to engage in meaningful written and expert discovery, the parties jointly request that the current deadlines in the Scheduling Order (Doc. 40.) be extended six (6) months.

12. To allow the parties to focus their immediate resources, the parties also jointly request that the extended deadlines be applicable to class certification and liability and that the parties jointly confer on a class damages discovery plan and submit a joint status report on such plan. This phasing of damages discovery tracks this Court's scheduling order in *Childress v. JP Morgan Chase,* No. 5:16-CV-298-BO (DE 67, Jul. 21, 2017).

13. The parties disagree and reserve their arguments about whether individual damages issues will be resolved by an accounting or through discovery, and when such discovery should occur.

14. This Motion is made jointly by the parties in good faith and not for the purposes of delay.

WHEREFORE, for good cause shown, the parties respectfully request that the Court amend the Scheduling Order (Doc. 40) by extending each of the current deadlines by six (6) months, limiting discovery deadlines to class certification and liability, and requiring the parties to jointly confer on a class damages discovery plan and submit a joint status report on such plan not later than fourteen days after the new dispositive motion deadline.

The existing and requested new deadlines are as follows:

| Item | Existing Deadline | Proposed New Deadline |
| --- | --- | --- |
| Deadline for Expert Reports | 5/9/23 | 11/9/23 (on class certification and liability) |
| Deadline for Expert Rebuttal | 6/23/23 | 12/23/23 (on class certification and liability) |
| Close of Discovery/Mediation | 8/9/23 | 2/9/24 (on class certification and liability) |
| Dispositive Motions | 9/2/23 | 3/8/24 (on class certification and liability) |
| Parties confer and submit joint status report on class damages discovery plan | n/a | 3/24/24 |

Dated: February 17, 2023.

| | |
| --- | --- |
| */s/ Matthew D. Ballew* | */s/ F. Hill Allen* |
| **ZAYTOUN BALLEW & TAYLOR, PLLC** | **THARRINGTON SMITH, L.L.P.** |
| | |
| By: | By: |
| Matthew D. Ballew, NCSB # 39515 | F. Hill Allen |
| Robert E. Zaytoun, NCSB# 6942 | N.C. State Bar No. 18884 |
| John R. Taylor, NCSB# 43248 | P.O. Box 1151 |
| 3130 Fairhill Drive, Suite 100 | 150 Fayetteville Street, Suite 1800 |

Raleigh, NC 27612
Telephone: (919) 832-6690
Facsimile: (919) 831-4793
 MBallew@zaytounlaw.com
 RZaytoun@zaytounlaw.com
 JTaylor@zaytounlaw.com
 *Local Civil Rule 83.1 Counsel*

**SMITH & LOWNEY, PLLC**

By:
Knoll D. Lowney, WSBA# 23457
Claire E. Tonry, WSBA# 44497
Alyssa L. Koepfgen, WSBA#
2317 E. John Street
Seattle, Washington 98112
Telephone: (206) 860-2883
Facsimile: (206) 860-4187
Knoll@smithandlowney.com
Claire@smithandlowney.com

*Attorneys for Plaintiffs and the Proposed Class*

Raleigh, N.C. 27602-1151
(919) 821-4711
(919) 829-1583
E-mail: hallen@tharringtonsmith.com
*Local Civil Rule 83.1 Counsel*

**McGLINCHEY STAFFORD, PLLC**

By:
Daniel T. Plunkett
LA Bar No. 21822
601 Poydras St., Suite 1200
New Orleans, LA 70130
(504) 596-2778
(504) 910-9542 (fax)
Email: dplunkett@mcglinchey.com

Megan S. Ben'Ary
Virginia Bar No. 47439
1275 Pennsylvania Ave., NW, Suite 420
Washington, DC 20004
(202) 802-9949
(202) 217-2215 (fax)
Email: mbenary@mcglinchey.com

Andrew M. Albritton
LA Bar No. 39780
601 Poydras St., Suite 1200
New Orleans, LA 70130
(504) 596-0317
(504) 910-7970 (fax)
Email: aalbritton@mcglinchey.com

Special Appearance Counsel
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2023, I electronically filed the foregoing **JOINT MOTION TO EXTEND DEADLINES IN SCHEDULING ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    */s/ Andrew M. Albritton*
    Andrew M. Albritton
    McGLINCHEY STAFFORD PLLC.
    601 Poydras St., Suite 1200
    New Orleans, LA 70130
    Phone: (504) 596-0317
    Fax: (504) 910-7970
    aalbritton@mcglinchey.com
    LA State Bar No. 39780