IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-CV-488-BO

PHILIP BULLS, DEAN BRINK, CARMIN NOWLIN, NICHOLAS PADAO, and RAPHAEL RILEY *on behalf of themselves and others similarly situated*,

    Plaintiffs,

vs.

USAA FEDERAL SAVINGS BANK, and USAA SAVINGS BANK,

    Defendants.

ORDER

THIS CASE comes before the Court pursuant to the parties' Joint Motion To Extend Deadlines in Scheduling Order, and the Court further finding good cause and that all parties have consented to the proposed extension to facilitate mediation;

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Scheduling Order in this action (Doc. 40) is hereby amended to extend each of the current deadlines as set forth below:

| Item | Existing Deadline | Proposed New Deadline |
|---|---|---|
| Deadline for Expert Reports | 5/9/23 | 11/9/23 (on class certification and liability) |
| Deadline for Expert Rebuttal | 6/23/23 | 12/23/23 (on class certification and liability) |
| Close of Discovery/Mediation | 8/9/23 | 2/9/24 (on class certification and liability) |
| Dispositive Motions | 9/2/23 | 3/8/24 (on class certification and liability) |
| Parties confer and submit joint status report on class damages discovery plan | n/a | 3/24/24 |

The clerk is directed to provide a copy of this Order to all counsel of record.

It is SO ORDERED.

Entered: _____ 　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge

2

Case 5:21-cv-00488-BO   Document 65-1   Filed 02/17/23   Page 2 of 2