IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-488-BO

| | | |
|---|---|---|
| PHILIP BULLS, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| | ) | |
| USAA FEDERAL SAVINGS BANK and | ) | |
| USAA SAVINGS BANK, | ) | |
| Defendants. | ) | |

This cause comes before the Court on a joint motion for extension of stay on pending motions. The parties seek an extension of the previously imposed stay for an additional 120 days in order to engage in mediation efforts.

For good cause shown, the motion [DE 123] is GRANTED. This action is hereby STAYED in its entirety until February 23, 2024, subject to the earlier filing of a notification that mediation was unsuccessful. In light of the stay, the Court DENIES all pending motions WITHOUT PREJUDICE to refiling, if necessary, at the expiration of the stay. Any refiled motions may incorporate the previously filed motion by reference in full.

SO ORDERED, this 2 day of November 2023.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE