IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:21-CV-488-BO

| | |
|---|---|
| PHILIP BULLS, DEAN BRINK, CARMIN NOWLIN, NICHOLAS PADAO, and RAPHAEL RILEY *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>USAA FEDERAL SAVINGS BANK, and USAA SAVINGS BANK,<br><br>Defendants. | **ORDER** |

This matter comes before the Court on the Parties' Joint Request for Temporary Stay, requesting that this matter be stayed for the Parties to finalize a settlement agreement and move for preliminary approval.

For good cause shown, IT IS HEREBY ORDERED that the Joint Request for Temporary Stay is GRANTED. This action is hereby STAYED in its entirety through August 2, 2024, for the Parties to finalize the settlement agreement and move for preliminary approval.

It is SO ORDERED this ___5___ day of ___Sept.___, 2024.

_____
THE HONORABLE TERRENCE W. BOYLE
United States District Judge