UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CASE NO. 5:21-CV-488-BO

PHILIP BULLS, DEAN BRINK, CARMIN )
NOWLIN, NICHOLAS PADAO, and )
RAPHAEL RILEY, *on behalf of themselves* )
*and others similarly situated,* )
                                          )
                     Plaintiffs, )
                                          )
                          v. )
                                          )
USAA FEDERAL SAVINGS BANK and )
USAA SAVINGS BANK, )
                                          )
                   Defendants. )

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS, AND PAYMENT OF CLASS REPRESENTATIVES' AWARDS

Plaintiffs Philip Bulls, Dean Brink, Carmin Nowlin, Nicholas Padao, and Raphael Riley (collectively, "Plaintiffs"), pursuant to Federal Rule of Civil Procedure 23(h) and Local Rule 7.1, respectfully move the Court for a Fee & Costs Award and Awards to the Class Representatives in accordance with the Settlement Agreement and Release in this Action. Plaintiffs request fees and costs equivalent to "twenty-seven and one-half percent (27.5%) of the Settlement Amount" as provided for in the Settlement Agreement, DE 133-1 at 5, and service awards to the class representatives in the amount of "$20,000.00 each, for their participation in the Action and their service to the Class," as also provided for in the Settlement Agreement, *id.* at 19.

Defendants USAA Federal Savings Bank and USAA Savings Bank do not oppose this motion, the basis for which is fully set forth in the accompanying Memorandum of Law.

Submitted this 24th day of October, 2024.

          **SMITH & LOWNEY, PLLC**

By:   /s/ *Knoll D. Lowney*
Knoll D. Lowney, NCSM # 61997
Claire Tonry, WSBA # 44497
Marc Zemel, WSBA # 44325
Alyssa Koepfgen, WSBA # 46773
2317 E. John Street
Seattle, Washington 98112
Telephone: (206) 860-2883
Facsimile: (206) 860-4187
Knoll@smithandlowney.com
Claire@smithandlowney.com
Marc@smithandlowney.com
Alyssa@smithandlowney.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**

Steve W. Berman
Shayne C. Stevenson
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (203) 623-0594
steve@hbsslaw.com
shaynes@hbsslaw.com

**BALLEW PURYEAR PLLC**

Matthew D. Ballew, NCSB # 39515
Paul J. Puryear, Jr., NCSB # 41536
4000 Westchase Blvd. Ste. 300
Raleigh, NC 27607
Telephone: (919) 412-5920
mballew@ballewlaw.com
ppuryear@ballewlaw.com
*Local Rule 83.1 Counsel*

## CERTIFICATE OF SERVICE

   I hereby certify that the foregoing has been electronically filed with the Clerk of Courts using the CM/ECF system.


This the 24th day of October, 2024.

                     By:  */s/Alyssa Koepfgen*
                          Alyssa Koepfgen
                          *Attorney for Plaintiffs*